**In the Interest of M.D.B., Minor.**

**No. ED 83614.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 2004.

John R. Bird, St. Louis, MO, Stephen W. Neimeyer, Clayton, MO, for appellant.

Barbara L. Greenberg, Clayton, MO, Richard J. Childress, St. Louis, MO, for respondent.

Brian P. Seltzer, Guardian Ad Litem, Clayton, MO, for Juvenile.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J. and MARY R. RUSSELL, J.

## ORDER

PER CURIAM.

Appellants, Alisa Kaye Mize ("mother") and Paul Richardson Badolato ("father"), appeal from the judgment of the Circuit Court of St. Louis County, terminating their parental rights to their daughter ("M.D.B."). We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.